# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# NEW ALBANY DIVISION

| | |
|---|---|
| CANDY N. COUCH, individually and on behalf of others similarly situated, ) ) ) | |
| Plaintiff ) | |
| ) | **FLSA COLLECTIVE ACTION** |
| ) | **COMPLAINT UNDER** |
| ) | **29 USC § 216(b)** |
| ) | |
| vs. ) | CASE NO. 4:22-cv-00099-JMS-DML |
| ) | |
| PRAKASHSINGH PARMAR d/b/a HOLTON FOOD MART, KENT MERCANTILE, CHELSEA GENERAL STORE, DILLSBORO IGA and CROSS PLAINS STORE, ) ) ) ) ) ) | |
| Defendant ) | |

### *PLAINTIFF'S APPLICATION FOR A FOR DEFAULT JUDGMENT*

Comes now the plaintiff, Candy N. Couch ("Couch"), by her counsel of record, and pursuant to FRCP 55(b)(2) respectfully moves the Court for a judgment by default against the Defendant, Prakashsingh Parmar. The Defendant has failed to plead or otherwise comply with the Federal Rules of Civil Procedure. The affidavit of plaintiffs' counsel of record, namely, Robert P. Kondras, Jr., is attached hereto as "Exhibit A" setting forth the manner and time of service of plaintiffs' complaint upon each of the defendants.

Respectfully submitted,

HASSLER KONDRAS MILLER LLP

/s/Robert P. Kondras, Jr.
Robert P. Kondras, Jr.
Attorney No. 18038-84
100 Cherry Street
Terre Haute, IN 47807
Phone: (812) 232-9691

Fax: (812) 234- 2881
kondras@huntlawfirm.net

BUNGER & ROBERTSON

/s/Brian R. Drummy
Brian R. Drummy
Attorney No. 26348-49
211 S. College Ave.
Bloomington, IN 47404
Phone: (812) 332-9295
Fax:  (812) 331-8808
bdrummy@lawbr.com

## *CERTIFICATE OF SERVICE*

I certify on September 13, 2022, a copy of the following pleading was filed electronically. I further certify that a copy of the above and foregoing Notice was served upon the following parties by depositing a copy of same in the U.S. Mail, first-class postage affixed thereto on September 13, 2022.

Prakashsingh Parmar
Holton Food Mart, Kent Mercantile, Chelsea General Store,
Dillsboro IGA and Cross Plains Store
6472 W. Versailles St.
Holton, IN 47023

HASSLER KONDRAS MILLER LLP

/s/Robert P. Kondras, Jr.
Robert P. Kondras