# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
### NEW ALBANY DIVISION

| | |
|---|---|
| CANDY N. COUCH and<br>TARA BOWLING,<br><br>    Plaintiffs<br><br>    vs.<br>PRAKASHSINGH PARMAR, MMP<br>FOODMART LLC d/b/a HOLTON FOOD<br>MART, MNP FOODMART LLC d/b/a<br>KENT MERCANTILE,<br><br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)  CASE NO. 4:22-cv-00099-JMS-KMB<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER OF DISMISSAL WITH PREJUDICE

The parties, by their respective attorneys, having heretofore filed their Joint Stipulation of Dismissal with Prejudice and the Court having reviewed same and being duly advised in the matter now grants same [30].

IT IS THEREFORE ORDERED ADJUDGED and DECREED that this cause is dismissed, with prejudice, each party bearing their own attorneys' fees and costs.

SO ORDERED.

Date: 3/1/2023

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution via the Court's electronic notification system to all counsel of record.